IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| CARL COWAN, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>PAUL JAMES CONNOLLY, )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br>3:16cv234-MHT<br>(WO) |

OPINION AND ORDER

After plaintiff filed this lawsuit for negligence against defendant in state court, defendant removed the case to federal court. Plaintiff then moved to remand. This matter is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion to remand be granted. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

\*\*\*

Accordingly, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The magistrate judge's recommendation (doc. no. 11) is adopted.

(2) The plaintiff's motion to remand (doc. no. 5) is granted.

(3) Pursuant to 28 U.S.C. § 1447(c), this cause is remanded to the Circuit Court of Russell County, Alabama.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

This case is closed in this court.

DONE, this the 15th day of June, 2016.

                         /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE